28053. JAMES *v.* CARTER.

FELTON, J. This case is controlled by the decision in. *James* v. *Brandon,* ante.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*